# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **CRIMINAL COMPLAINT** |
| | : | |
| v. | : | Honorable Michael A. Hammer |
| | : | U.S.M.J. |
| JAHAUD LOGAN | : | |
| | : | Mag. No. 23-10277 |
| | : | |

I, Aaron Perkins, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**SEE ATTACHMENT A**

I further state that I am a Special Agent with the United States Federal Bureau of Investigation, and that this complaint is based on the following facts:

**SEE ATTACHMENT B**

        ___/s/ Aaron Perkins_____
        Aaron Perkins, Special Agent
        Federal Bureau of Investigation

Special Agent Perkins attested to this Complaint by telephone pursuant to Federal Rule of Criminal Procedure 4.1(b)(2)(A) on October 6, 2023, in the District of New Jersey

Honorable Michael A. Hammer        /s/ Michael A. Hammer
United States Magistrate Judge        Signature of Judicial Officer

## **ATTACHMENT A**

### **COUNT ONE**
(Possession of a Firearm and Ammunition by a Convicted Felon)

On or about May 6, 2023, in Hudson County, in the District of New Jersey, the defendant,

**JAHAUD LOGAN,**

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition-namely, a .32 caliber H&R Magnum revolver, bearing serial number ND010150, loaded with five rounds of ammunition, and the firearm and ammunition were in and affecting interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## ATTACHMENT B

I, Aaron Perkins, am a Special Agent with the Federal Bureau of Investigation. I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, and other evidence. Because this Complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. On or about April 21, 2023, the Jersey City Police Department began investigating reports of shots fired in the area of the intersection of Ocean Avenue and Neptune Avenue (the "Intersection") in Jersey City, New Jersey (the "Shooting").

2. Law enforcement obtained and reviewed video surveillance footage (the "Video"), which depicted the Intersection. The Video showed a gray Chevrolet Malibu (the "Malibu") approach the Intersection while driving on Ocean Avenue. As the Malibu was stopped at a traffic light, the Video depicts two individuals exit a silver Chevrolet SUV and approach the Malibu while on foot. The two individuals attempt to engage the driver of the Malibu in a physical altercation during which they throw an object at the Malibu. The Malibu departs and travels a short distance before stopping in the area of 93 Ocean Avenue.

3. The Video then depicts the driver of the Malibu, ("Individual-1"), exit the Malibu, brandish a handgun and shoot at the two individuals, hitting one of them in the foot ("Victim-1"). The Video then shows Individual-1 enter the driver side of the Malibu and flee the area. The Video then depicts another individual, later identified by law enforcement as JAHAUD LOGAN ("LOGAN") riding a purple bicycle on Ocean Avenue towards the Intersection. The Video shows LOGAN stop on Ocean Avenue after Individual-1 shot Victim-1, brandish his own handgun, and shoot in the direction of the Malibu and Individual-1, before placing his handgun back inside his vest and fleeing on the purple bicycle down Neptune Avenue.

4. On or about May 5, 2023, LOGAN was charged by Criminal Complaint in the Superior Court of New Jersey, Hudson County, with, among other offenses, possession of a weapon for an unlawful purpose in violation of N.J.S.A. 2C:39-4A(1), unlawful possession of a handgun in violation of N.J.S.A. 2C;39-5B, certain persons not possess a firearm in violation of N.J.S.A. 2C:39-7B(1) and attempted murder in violation of N.J.S.A. 2C:5-1 and N.J.S.A. 2C:11-3, and a warrant was issued for his arrest (the "Arrest Warrant").

5. On or about May 6, 2023, law enforcement observed LOGAN riding a CitiBike in the area of the Intersection and wearing a black fanny pack (the

"Fanny Pack"). When law enforcement attempted to stop LOGAN pursuant to the Arrest Warrant, he fled on foot. Law enforcement gave chase and observed LOGAN as he jumped over a fence and climbed a fire escape of a building in the area of Seaview Avenue. Law enforcement then observed LOGAN toss the Fanny Pack down as he was on the fire escape. Law enforcement then apprehended LOGAN, placed him under arrest, and recovered the Fanny Pack. A search of the Fanny Pack revealed a .32 caliber H&R Magnum revolver, bearing serial number ND010150 (the "Firearm"), which was loaded with five rounds of .32 H&R Magnum ammunition (the "Ammunition").

6. The Firearm and the Ammunition were manufactured outside the State of New Jersey, and thus necessarily traveled in interstate commerce prior to May 6, 2023.

7. On or about September 28, 2021, LOGAN was convicted in the United States District Court for the District of New Jersey, of possession of a firearm by a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1) and was sentenced to 27 months' imprisonment. Thus, LOGAN knew he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year at the time he possessed the Firearm and the Ammunition.